No. 71–6517.  DOTSON *v.* LOUISIANA.  Sup. Ct. La. Certiorari denied.

No. 71–6724.  PATTERSON *v.* OHIO.  Sup. Ct. Ohio. Certiorari denied.

No. 71–6734.  BOONE ET AL. *v.* CALIFORNIA.  Ct. App. Cal., 1st App. Dist.  Certiorari denied.

No. 71–6739.  EVANS *v.* ARKANSAS.  C. A. 8th Cir. Certiorari denied.

No. 71–6765.  FINCHER *v.* VIRGINIA.  Sup. Ct. Va. Certiorari denied.

No. 71–6768.  DAVIS *v.* SUPERIOR COURT OF LOS ANGELES COUNTY.  Ct. App. Cal., 2d App. Dist.  Certiorari denied.

No. 71–6839.  GOMORI *v.* OHIO.  Sup. Ct. Ohio. Certiorari denied.

No. 71–6856.  SMITH *v.* UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 71–6872.  LOVINGOOD *v.* ROSS, PRISON FARM SUPERINTENDENT.  C. A. 4th Cir.  Certiorari denied.

No. 71–6898.  SMITH *v.* UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 71–6908.  HOLIDAY *v.* UNITED STATES.  C. A. 3d Cir.  Certiorari denied.

No. 71–6909.  PICKERELL *v.* CALIFORNIA.  Sup. Ct. Cal.  Certiorari denied.

No. 71–6923.  RONSTADT *v.* CALIFORNIA.  Ct. App. Cal., 2d App. Dist.  Certiorari denied.